STATE OF MICHIGAN
IN THE 46TH DISTRICT COURT FOR THE COUNTY OF OAKLAND

ART'S LIQUOR SHOPPE INC.

    Plaintiff,

-vs-

MICHIGAN LABORERS

    Defendant.

Case No: 25-08655-GC
Hon.  JUDGE SHELIA R. JOHNSON

---

HANNA & JARBO, PLLC
Dalen P. Hanna (P81533)
Sam K. Jarbo (P84564)
Attorney for Plaintiff
33717 Woodward Avenue, Suite 560
Birmingham, Michigan 48009
contact@hannajarbo.com
(248) 209-6486

---

*Pursuant to MCR 1.109(D)(2)(a) there is no other pending or resolved civil action arising out of the transaction or occurrence alleged in the complaint.*

## COMPLAINT

NOW COMES Plaintiff, Art's Liquor Shoppe Inc. ("Plaintiff"), by and through its attorneys, Hanna & Jarbo, PLLC, and for its complaint against Defendant Michigan Laborers ("Defendant"), states as follows:

### PARTIES AND JURISDICTION

1. Plaintiff is an entity doing business in the State of Michigan, organized and existing under the laws of the State of Michigan and having its principal place of business in Southfield, Michigan 48075.

2. Defendant is an entity whose address of record is P.O. Box 34203, Seattle, Washington 98124.

3. This is an action for damages that are within the jurisdictional limit of this Honorable Court, exclusive of costs.

1

20241243

4. Venue for this action is proper in this Honorable Court because the underlying actions which have given rise to this instant matter took place, or originated within, this Honorable Court's jurisdiction.

## COUNT I
## "FAILURE OF MAKER TO PAY AMOUNT OF DISHONORED CHECK"

5. Plaintiff restates and incorporates the preceding paragraphs of this complaint, by reference, as though fully stated herein.

6. The Defendant issued and/or endorsed check(s) to the Payee(s) identified on the face of the check(s). **(See Attached Exhibit "A")**

7. The Payee subsequently delivered and cashed the check(s), through the normal course of business, with Plaintiff's Business, Art's Liquor Shoppe Inc..

8. Plaintiff is in the check-cashing business and regularly accepts check(s) from various payee-customers, in exchange for cash, provided to the Payee, in the amount of the check(s) less a nominal service fee.

9. The Plaintiff accepted the check(s) from the Payee and diligently inspected that the face of the check(s) contained no apparent evidence of forgery or alteration and that the check(s) was not otherwise so irregular or incomplete as to call into question its authenticity.

10. Furthermore, Plaintiff accepted the check(s) from the Payee without notice that the check was overdue, or has been dishonored, or that there any default with respect to payment of another check issued as part of the same series had occurred, without notice that the instrument contains an unauthorized signature or one which had been altered, without notice of any claim to the instrument, and without notice that any party had a defense or claim in recoupment

11. Relying on same, the Plaintiff paid out good-value (in cash) to Payee, an amount totaling the face value of the check(s) less the nominal and customary service fee of approximately 1% of the check amount.

12. Generally, a person who accepts a negotiable instrument takes the instrument subject to the property or possessory rights of another, unless the person is a holder in due course. *Mich. Comp. Laws § 440.3306.* Under Michigan law, someone is a "holder in due course" if:

    (a) The instrument when issued or negotiated to the holder does not bear such apparent evidence of forgery or alteration or is not otherwise so irregular or incomplete as to call into question its authenticity.

**20241243**

(b) The holder took the instrument (I) for value, (ii) in good faith, (iii) without notice that the instrument is overdue or has been dishonored or that there is an incurred default with respect to payment of another instrument issued as part of the same series, (iv) without notice that the instrument contains an unauthorized signature or has been altered, (v) without notice of any claim to the instrument described in section 3306, and (vi) without notice that any party has a defense or claim in recoupment described in section 3305(1).

13. Therefore, as a matter of law per *MCL § 440.3306*, Plaintiff is a **HOLDER IN THE DUE COURSE** and is entitled to enforce all remedies available thereto; accordingly, the Payee is an uninterested party to this instant matter.

14. The check(s) was/were then negotiated by Plaintiff, via deposit into Plaintiff's business bank account and was/were subsequently returned for **REFER TO MAKER**, and as a result thereof, Plaintiff has been damaged in the amount of $1,599.72 USD. **(See Attached Exhibit "A")**

15. A check returned for **REFER TO MAKER** is prima facie fraud and/or gives rise to this instant cause of action in the State of Michigan.

16. Per *MCL § 600.2952(2)*, Plaintiff, and/or its undersigned Counsel, delivered to Defendant, via first-class mail, a demand for payment which included the exact language required by *MCL § 600.2952(2)*.

17. Additionally, and in effort to avoid the necessity and expense of litigation, Plaintiff has made numerous attempts to settle this matter with Defendant, but Defendant has refused to seriously consider a settlement of this Agreement; including offers from Plaintiff to settle for a lessor amount.

18. Furthermore, and as another one of its many efforts to avoid the necessity and expense of litigation, Plaintiff has made numerous attempts to bind Defendant to a reasonable repayment plan, but Defendant has refused to seriously consider committing to a repayment plan.

## COUNT II
### "CONVERSION CIVIL DAMAGES & COSTS PURSUANT TO MCL § 600.2952"

19. Plaintiff restates and incorporates the preceding paragraphs of this complaint, by reference, as though fully stated herein.

3

20241243

20. As discussed hereinprior, and per *MCL § 600.2952(2)*, Plaintiff delivered to Defendant, via first-class mail, a demand for payment which included the exact language required by *MCL § 600.2952(2)*.

21. More than thirty (30) days have passed since the delivery of the notice. Defendant has refused to remit payment in the amount of **$1,599.72** USD (plus statutory returned-check fees) in connection with the dishonored check(s), and as a result thereof has converted said **$1,599.72** USD.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Honorable Court enters judgment in favor of Plaintiff, against Defendant on **Count I** of this Complaint, for compensatory damages pursuant to *MCL § 600.2952(3)(a)* in the amount of $1,599.72; and for statutory punitive damages on **Count II** of this Complaint pursuant to *MCL § 600.2952(4)(b)* in the amount of $3,199.44, plus costs in the amount of $250.00 pursuant to *MCL § 600.2952(3)(c)* for a **TOTAL SUM CERTAIN OF $3,449.44.**

Respectfully submitted,

_____
Hanna & Jarbo, PLLC
Dalen P. Hanna (P81533)
33717 Woodward Avenue, Suite 560
Birmingham, Michigan 48009
contact@hannajarbo.com
(248) 209-6486 Office
(202) 478-5005 Fax

**Dated: August 4, 2025**

# PLAINTIFF'S EXHIBIT

# "A"

# DEMAND FOR PAYMENT PER MCL § 600.2952(2) & PHOTOCOPY OF RETURNED CHECK(S)

HANNA & JARBO, PLLC
33717 WOODWARD AVENUE, SUITE 560, BIRMINGHAM, MICHIGAN 48009 PHONE: (248) 209-6486 FAX: (202) 478-5005 WWW.HANNAJARBO.COM

20241243

# HANNA & JARBO

20241243
August 21, 2024

Michigan Laborers
Authorized Representative
P.O. Box 34203
Seattle, Washington 98124

## NOTICE OF DISHONORED CHECK & DEMAND FOR PAYMENT

Dear Authorized Representative:

Pursuant to Michigan law, this letter is to inform you that a check, draft, or order for payment of money drawn by you for $1,599.72 was returned to our client (Art's Liquor Shoppe Inc.) as dishonored for **REFER TO MAKER**. This notice is a formal demand for payment of the full amount of the dishonored check, draft, or order, for a total amount of $1,599.72. If you pay this total amount within seven (30) days, excluding weekends and holidays, after the date this notice was mailed, no further civil action will be taken against you.

If you fail to pay either amount indicated above, we will be authorized by Michigan law to bring a civil action against you to determine your legal responsibility for payment of the check, draft, or order and civil damages and costs allowed by law.

If you are unable to make payment in full, or wish to apply for a payment plan, please call our office immediately at **248-209-6486** to request such an arrangement. We also accept online credit card payments. Thank you for your time and attention. We look forward to your anticipated cooperation in this matter.

Respectfully,

**BE ADVISED: INTEREST WILL ACCRUE AS
PERMITTED BY LAW AND/OR CONTRACT.**

Hanna & Jarbo, PLLC

| PAYEE/CREDITOR | Art's Liquor Shoppe Inc. |
|---|---|
| CHECK NUMBER(S) | 16467 |
| CHECK DATE | 5/19/2023 |
| CHECK AMOUNT | $1,599.72 |
| CHECK DEFAULT | REFER TO MAKER |

PLEASE MAKE PAYMENT PROMPTLY. MAKE CHECKS PAYABLE TO HANNA & JARBO, PLLC. PLEASE INCLUDE YOUR MATTER NUMBER WITH YOUR PAYMENT & ALL COMMUNICATIONS; YOUR MATTER NUMBER IS LOCATED ON THE TOP RIGHT CORNER OF THIS PAGE. YOU ARE HEREBY NOTIFIED THAT WE MAY REPORT INFORMATION ABOUT YOUR MATTER TO ANY OR ALL OF THE CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS, OR OTHER DEFAULTS ON YOUR MATTER MAY BE REFLECTED ON YOUR CREDIT REPORT. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. YOU ARE NOW COMMUNICATING WITH A DEBT COLLECTOR. UNLESS YOU NOTIFY OUR OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR SOME PORTION OF IT, OUR OFFICE WILL ASSUME THAT THE DEBT IS VALID. IF YOU NOTIFY OUR OFFICE IN WRITING WITHIN 30 DAYS OF RECEIVING THIS NOTICE, WE WILL OBTAIN VERIFICATION OF THE DEBT AND MAIL A COPY OF SAME TO YOU.

LICENSED IN MICHIGAN, WASHINGTON, D.C. & THE U.S. FEDERAL COURTS

**CONFIDENTIAL**

HANNA & JARBO, PLLC (MICHIGAN)
33717 WOODWARD AVENUE, NO. 560
BIRMINGHAM, MICHIGAN 48009-6655

CONTACT@HANNAJARBO.COM
DETROIT OFFICE 248.209.6486
D.C. OFFICE 202.656.7439
FAX 202.478.5005









*072000096*
06/01/2023
50000270

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

RETURN REASON-S
REFER TO MAKER

**REFER TO MAKER**

MICHIGAN LABORERS
P.O. BOX 34203, SEATTLE WA 98124
(206) 441-7674 OR (800) 732-1121

BANK OF AMERICA

16497

Check Date: 05/19/2023
Check No: 16497

PAY ONE THOUSAND FIVE HUNDRED NINETY NINE AND 72/100 DOLLARS

AMOUNT
$1,599.72

TO THE ORDER OF
PHILLIP OWENS
APT 11
29200 DARDANELLA
LIVONIA MI 48152

Adan Keele